S. LANE TUCKER
United States Attorney

CHRISTOPHER SCHROEDER
STEPHAN COLLINS
ALANA WEBER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: christopher.schroeder@usdoj.gov
Email: Stephan.collins@usdoj.gov
Email: alana.weber@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>AMY GARCIA; ERIKA BADILLO, a/k/a/ Erika Madrigal; VERONICA SANCHEZ; MICHAEL SOTO; ERINDIRA PIN; VALERIE SANCHEZ; NAOMI SANCHEZ; JOSI NADINE STERLING, f/k/a Josi Philbin; DELLA NORTHWAY; KALEEA FOX; FRIEDA GILLESPIE; PIUS HANSON; SHANIA AGLI; AMBER TWEET; ASHLEY NORTHRUP; and ALISON GIACULLO,<br><br>               Defendants. | No. 3:23-cr-00051-RRB-KFR<br><br>COUNT 1:<br>CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>  Vio. of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(C)<br><br>COUNT 2:<br>MONEY LAUNDERING CONSPIRACY<br>  Vio. of 18 U.S.C. § 1956(h)<br><br>COUNTS 3-6:<br>ATTEMPT TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE<br>  Vio. of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(C) |

# FIRST SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning on a precise date unknown to the Grand Jury, but at least in or about February 2022, and continuing to at least July 5, 2023, within the District of Alaska and elsewhere, the defendants AMY GARCIA; ERIKA BADILLO, a/k/a/ Erika Madrigal; VERONICA SANCHEZ; MICHAEL SOTO; ERINDIRA PIN; VALERIE SANCHEZ; NAOMI SANCHEZ; JOSI NADINE STERLING, f/k/a Josi Philbin; DELLA NORTHWAY; KALEEA FOX; FRIEDA GILLESPIE; PIUS HANSON; SHANIA AGLI; AMBER TWEET; ASHLEY NORTHRUP; and ALISON GIACULLO did knowingly and intentionally combine, conspire, confederate, and agree with one another and with others both known and unknown to the Grand Jury to distribute and possess with the intent to distribute controlled substances, to wit: a mixture and substance containing a detectable amount of heroin, a mixture and substance containing a detectable amount of methamphetamine, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propenamide (fentanyl), and cocaine.

All of which is in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C).

## COUNT 2

Beginning on a precise date unknown to the Grand Jury, but at least in or about February 2022, and continuing through at least July 15, 2023, within the District of Alaska and elsewhere, the defendants AMY GARCIA; ERIKA BADILLO, a/k/a/ Erika Madrigal; MICHAEL SOTO; JOSI NADINE STERLING, f/k/a Josi Philbin; DELLA NORTHWAY;

KALEEA FOX; FRIEDA GILLESPIE; SHANIA AGLI; AMBER TWEET; ASHLEY NORTHRUP; and ALISON GIACULLO did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the grand jury to commit offenses against the United States in violation of 18 U.S.C. § 1956, to wit:

(a) to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is, the unlawful distribution of controlled substances in violation of 21 U.S.C. § 841(a)(1), with the intent to promote the carrying on of the unlawful distribution of controlled substances, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity in violation of 18 U.S.C. § 1956(a)(1)(A)(i); and

(b) to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, the unlawful distribution of a controlled substance in violation of 21 U.S.C. § 841(a)(1), knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

All of which is in violation of 18 U.S.C. § 1956(h).

COUNT 3

On or about March 21, 2022, within the District of Alaska, the defendant, DELLA NORTHWAY , did knowingly and intentionally attempt to possess with intent to distribute methamphetamine.

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846.

COUNT 4

Beginning on or about April 6, 2022, and continuing until on or about April 11, 2022, within the District of Alaska, the defendants, JOSI NADINE STERLING, f/k/a Josi Philbin; FRIEDA GILLESPIE; and PIUS HANSON, did knowingly and intentionally attempt to possess with intent to distribute methamphetamine.

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846.

COUNT 5

Beginning on or about June 2, 2023, and continuing until on or about June 5 2023, within the District of Alaska and elsewhere, the defendants, SHANIA AGLI and AMBER TWEET, did knowingly and intentionally attempt to possess with intent to distribute N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propenamide (fentanyl) and heroin.

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846.

COUNT 6

Beginning on or about June 5, 2023, and continuing until on or about June 22, 2023, within the District of Alaska and elsewhere, the defendants, ASHLEY NORTHRUP, ALISON GIACULLO, ERINDIRA PIN, VALERIE SANCHEZ, and NAOMI SANCHEZ,

did knowingly and intentionally attempt to possess with intent to distribute N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propenamide (fentanyl).

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846.

A TRUE BILL.

                                               s/ Grand Jury Foreperson
                                               GRAND JURY FOREPERSON

s/ Stephan A. Collins
STEPHAN A. COLLINS
Assistant U.S. Attorney
United States of America

s/ James Klugman for
S. LANE TUCKER
United States Attorney
United States of America

DATE:   November 15, 2023